UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MAJOR ALEXANDER SESSION, III,<br>Defendant. | Case No. 17-cr-00089-PJH-1<br><br>**ORDER DIRECTING APPOINTED COUNSEL TO FILE RESPONSE OR STATUS REPORT** |

In light of the lack of response to the *Castro* notice issued by the court, dkt. 37, and the limited appointment of counsel for the purpose of representing defendant on the claim seeking relief under the holding of *Rehaif v. United States,* 139 S. Ct. 2191 (2019), appointed counsel Gail Ivens is hereby directed to communicate with defendant Major Alexander Session, III, as to whether he consents to treat his pro per filing as the operative § 2255 motion seeking relief under *Rehaif,* or whether he intends to file an amended § 2255 motion to present the *Rehaif* claim and any other claims for relief that are timely under 28 U.S.C. § 2255. Counsel is directed to file either a response to the *Castro* notice on defendant's behalf or a status report within 30 days of the date of this order.

**IT IS SO ORDERED.**

Dated: December 12, 2019

                                        /s/ *Phyllis J. Hamilton*
                                        PHYLLIS J. HAMILTON
                                        United States District Judge