1   JODI LINKER
    Federal Public Defender
2   Northern District of California
    SAMANTHA JAFFE
3   Assistant Federal Public Defender
    13th Floor Federal Building - Suite 1350N
4   1301 Clay Street
    Oakland, CA 94612
5   Telephone:   (510) 637-3500
    Facsimile:    (510) 637-3507
6   Email:        Samantha_Jaffe@fd.org

7

8   Counsel for Defendant Session

9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13

14   UNITED STATES OF AMERICA,          **Case No.:**  CR–15-290-PJH-6/CR-17-0089-PJH-1

15            Plaintiff,                **STIPULATION AND ORDER TO
                                        CONTINUE STATUS REGARDING
16        v.                            PRELIMINARY REVOCATION HEARING**

17   MAJOR SESSION,
                                        **Court:**           Courtroom 4, 3rd Floor
18            Defendant.

19

20          Mr. Session is set for a status regarding his preliminary hearing as to revocation before this

21   Court on March 6, 2024. The parties jointly request a continuance of this status until Wednesday,

22   April 17, 2024, to allow additional time to discuss a resolution. The parties agree that time should be

23   excluded until April 17, 2024.

24          Initial discovery production occurred on January 30, 2024. A protective order has been agreed

25   to and was filed, and additional discovery was produced on March 1, 2024.

26           Accordingly, the parties stipulate and agree to this continuance of the status to allow discovery

27   production and discussions regarding resolution.

28

1

2      Dated:      March 5, 2024                    Respectfully submitted,

3                                                   JODI LINKER
4                                                   Federal Public Defender
                                                    Northern District of California
5
                                                    _____/S_____
6                                                   SAMANTHA JAFFE
                                                    Assistant Federal Public Defender
7

8

9      Dated:      March 5, 2024

10                                                  ISMAIL J. RAMSEY
11                                                  United States Attorney
                                                    Northern District of California
12
                                                    _____/S/_____
13                                                  GARTH HIRE
                                                    Assistant United States Attorney
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

OAKLAND DIVISION

10

11

UNITED STATES OF AMERICA,

12

Plaintiff,

13

v.

14

MAJOR SESSION, III,

15

Defendant.

16

**Case No.:**  CR-15-290-PJH-6/CR-17-0089-PJH-1

**ORDER TO CONTINUE STATUS AND EXCLUDE TIME**

17

  Based on the agreement of the parties in the stipulation above, the status hearing regarding

18

preliminary hearing as to revocation set for March 6, 2024, at 10:30 a.m., is vacated.  This matter is

19

reset to April 17, 2024, at 10:30 a.m.

20

21

22

   IT IS SO ORDERED.

23

24

Dated:  <u>March 5, 2024</u>



25

26

_____
THE HON. DONNA M. RYU
Chief United States Magistrate Judge

27

28